Circuit Court for Baltimore City
Case No. 24-C-16-005773
Argued: 11/7/16

IN THE

COURT OF APPEALS

OF MARYLAND

No. 60

September Term, 2016

_____

VOTERS ORGANIZED FOR THE
INTEGRITY OF CITY ELECTIONS
    et al.

v.

BALTIMORE CITY ELECTIONS
BOARD et al.

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Wilner, Alan M. (retired,
      specially assigned),

          JJ.

_____

PER CURIAM ORDER

_____

Filed:  November 7, 2016

Voters Organized for the Integrity of      *      In the

City Elections et al.      *      Court of Appeals

     v.      *      of Maryland

     *      No. 60

Baltimore City Elections Board et al.      *      September Term, 2016

## PER CURIAM ORDER

It is this 7th day of November, 2016, upon consideration of the briefs, record and oral arguments in the above matter by the Court

ORDERED, by the Court of Appeals of Maryland, that the appeal of the temporary restraining order (TRO) be, and it is hereby, dismissed, and it is further

ORDERED, that the case will be remanded to the Circuit Court for Baltimore City with directions to consider the request for declaratory judgment after an opinion has been issued by this Court in these proceedings.

/s/ Mary Ellen Barbera
Chief Judge